IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 22-CR-00002 |
| Plaintiff, ) | |
| ) | **INFORMATION** |
| vs. ) | |
| ) | Count 1 |
| AARON McCREIGHT, ) |   18 U.S.C. §§ 1344, 1349 and 2: |
| ) |   Bank Fraud |
| Defendant. ) | |

The United States Attorney charges:

## COUNT 1
## BANK FRAUD

### INTRODUCTION

At all times relevant to this Information:

1. Go Cedar Rapids ("GoCR") was an organization working to enhance Cedar Rapids's economy by promoting the Cedar Rapids area as a desired location for business and destination for travel, tourism, and events.

2. Newbo Evolve was a three-day music and cultural event in Cedar Rapids during August 2018 that featured concerts by the band Maroon 5, singer Kelly Clarkson and other attractions. Newbo Evolve was planned and staged by GoCR.

3. Defendant AARON McCREIGHT was President and Chief Executive Officer ("CEO") of GoCR. Defendant McCREIGHT was responsible for, among other

1

things, overseeing the planning and staging of Newbo Evolve. Defendant McCREIGHT reported to GoCR's Board of Directors ("the GoCR Board"). Defendant McCREIGHT provided reports on Newbo Evolve at GoCR Board Meetings and GoCR Executive Committee Meetings in 2017 and 2018. At times, these reports included, among other things, Newbo Evolve budget updates and ticket sales information.

4. Defendant McCREIGHT's co-schemer ("the co-schemer") was initially the GoCR Board Treasurer and later became Vice Chairman of the GoCR Board. In July of 2018, the co-schemer became Newbo Evolve's fulltime Finance Director. As Finance Director, the co-schemer was supervised by and reported to defendant McCREIGHT. The co-schemer was responsible for, among other things, updating Newbo Evolve's budget.

## GO CEDAR RAPIDS'S INITIAL NEWBO EVOVLE LOAN

5. In December 2017, GoCR sought and obtained a $1.5 million revolving line of credit ("the initial loan") from a bank in Cedar Rapids, Iowa ("the lending bank"). The proceeds from the initial loan were used to fund Newbo Evolve. When requesting the initial loan, GoCR told the lending bank, among other things, that GoCR estimated it would sell 11,000 tickets for the Kelly Clarkson concert; 11,000 tickets for the Maroon 5 concert; and 4,000 three-day Newbo Evolve passes. Defendant McCREIGHT signed a promissory note for the initial loan in his capacity as President and CEO of GoCR. The terms of the initial loan required GoCR to provide financial information, including ticket sales, upon the lending bank's

request. Defendant McCREIGHT and, later, the co-schemer typically responded or directed others to respond to the lending bank's requests for GoCR and Newbo Evolve financial and ticket sales information.

## NEWBO EVOLVE'S FINANCIAL DIFFICULTIES

6. On or about February 9, 2018, GoCR began selling Newbo Evolve tickets to the public through a ticket vendor. Defendant McCREIGHT and other GoCR employees received regular ticket sales updates from the ticket vending company.

7. On or about April 2, 2018, the co-schemer provided a Newbo Evolve budget to the lending bank projecting a $335,909.66 profit.

8. On or about April 11, 2018, defendant McCREIGHT shared a budget package with the GoCR Board's Executive Committee that projected Newbo Evolve would generate a profit of $335,909.66. The minutes from this meeting stated that it was "[t]ime to start considering contingency plans to cut costs and increase income with additional sponsorship dollars."

9. On or about May 14, 2018, defendant McCREIGHT and the co-schemer provided to the lending bank a Newbo Evolve budget projecting a profit of $3,193.66.

10. On or about May 16, 2018, defendant McCREIGHT reported to the GoCR Board that Newbo Evolve passes were not selling as originally budgeted and that "[t]he budget has been reduced and we are getting to what is more realistic for future planning."

11. On or about June 1, 2018, defendant McCREIGHT and the co-schemer provided to the lending bank a Newbo Evolve budget projecting a profit of $84,703.66.

12. Sometime around June 11, 2018, the co-schemer informed defendant McCREIGHT and the GoCR Board Chairman that Newbo Evolve's updated budget was projecting a loss of more than $1.1 million.

13. On or about June 15, 2018, the GoCR Board Chairman directed defendant McCREIGHT to find ways to cut Newbo Evolve's budget to reduce the newly projected $1.1 million loss.

14. On or about June 20, 2018, at a GoCR board meeting, defendant McCREIGHT presented a Newbo Evolve budget projecting a loss of $644,846.34. The GoCR Board was informed that "just under 6,500 total tickets" had been sold, "[t]he budget is very tight," and that Newbo Evolve would be "short at the end but there is nothing left to cut." The Newbo Evolve budget projecting a $644,846.34 loss was not provided to the lending bank.

15. As the Newbo Evolve event dates approached, GoCR did not have enough money to, among other things, pay Kelly Clarkson, pay production costs, and buy the alcohol that was to be sold at the concert venue. Without additional funding, Newbo Evolve would have to be cancelled. Defendant McCREIGHT and the co-schemer sought additional financing from several new potential lenders. These other potential lenders did not agree to loan the money needed to prevent

Newbo Evolve's cancellation. Defendant MCCREIGHT and the co-schemer ultimately sought additional financing from the lending bank.

## THE SCHEME TO DEFRAUD

16. Beginning on a date unknown to the United States Attorney and continuing until and including August 2018, in the Northern District of Iowa, defendant AARON McCREIGHT and the co-schemer knowingly executed, and attempted to execute, a scheme to defraud the lending bank, a financial institution insured by the Federal Deposit Insurance Corporation, and to obtain money and funds owned and under the custody and control of the lending bank by means of false and fraudulent pretenses, representations and promises ("the scheme to defraud").

## MANNER AND MEANS OF THE SCHEME TO DEFRAUD

17. It was a part of the scheme to defraud that defendant McCREIGHT and the co-schemer would by deceit and dishonest means, defraud and attempt to defraud the lending bank by making misrepresentations about Newbo Evolve's ticket sales, projected revenue, projected expenses, and the true amount of loss that defendant McCREIGHT and the co-schemer were projecting and expecting Newbo Evolve to generate. Defendant McCREIGHT and the co-schemer would thereby fraudulently induce and attempt to fraudulently induce the lending bank to loan GoCR additional money to be used to finance Newbo Evolve.

18. It was also part of the scheme to defraud that, on or about May 14, 2018, in a meeting with the bank representatives, defendant McCREIGHT reported

5

and caused to be reported to the bank that 6,000 tickets had been sold for Maroon 5's performance and 2,500 tickets had been sold for Kelly Clarkson's performance. In fact, as of May 14, 2018, approximately 4,715 tickets had been sold and comped for Maroon 5's performance and approximately 1,834 tickets had been sold and comped for Kelly Clarkson's performance.

19. It was also part of the scheme to defraud that, on or about July 15, 2018, defendant McCREIGHT and the co-schemer discussed the need to send a Newbo Evolve budget to the lending bank in support of GoCR's request to increase its loan amount from $1,500,000 to $1,750,000. Defendant MCCREIGHT told the co-schemer that they did not want to show the bank the projected Newbo Evolve loss because the bank would not loan GoCR any additional funds for Newbo Evolve.

20. Thereafter, on or about July 16, 2018, the co-schemer and defendant McCREIGHT emailed a false and fraudulent "Newbo Evolve 2018 Budget" to the lending bank in support of GoCR's request for an increase in its loan from the lending bank. Defendant McCREIGHT and the co-schemer knew this false and fraudulent Newbo Evolve 2018 Budget falsely, fraudulently, and materially overstated Newbo Evolve's expected revenues, falsely, fraudulently, and materially understated Newbo Evolve's expected expenses, and falsely, fraudulently, and materially overstated Newbo Evolve's expected profit to be $65,653.66. At the time the co-schemer emailed this budget to the lending bank, defendant McCREIGHT and the co-schemer believed Newbo Evolve was not going to make any profit and, instead, would lose a substantial amount of money,

21. It was also a part of the scheme to defraud that, on or about July 16, 2018, in a meeting with representatives of the lending bank, defendant McCREIGHT knowingly and intentionally made and caused to be made the false and fraudulent representation to the lending bank that 9,000 tickets had been sold for Maroon 5's performance and 6,000 tickets had been sold for Kelly Clarkson's performance. In fact, as of July 16, 2018, and as defendant McCREIGHT well knew, approximately 5,651 tickets had been sold for Maroon 5's performance and approximately 2,081 tickets had been sold for Kelly Clarkson's performance.

22. Then, on or about July 18, 2018, at a GoCR Board meeting, defendant McCREIGHT falsely represented to the GoCR Board that "[i]n the last week and a half ticket sales have spiked," and that 9,000 tickets had been sold for Maroon 5's performance and 6,000 tickets had been sold for Kelly Clarkson's performance. In fact, as defendant McCREIGHT well knew, ticket sales had not "spiked" in the period from July 1 through July 16, 2018. Moreover, as of July 18, 2018, approximately 5,703 tickets had been sold for Maroon 5's performance and approximately 2,095 tickets had been sold for Kelly Clarkson's performance. Defendant McCREIGHT and the co-schemer did not tell the GoCR Board that, two days earlier, they had provided to the lending bank a false and fraudulent Newbo Evolve 2018 Budget projecting a $65,653.66 profit.

23. On or about July 19, 2018, the lending bank approved an increase in GoCR's initial loan from $1,500,000 to $1,750,000. On or about the same day, GoCR received $250,000 from the lending bank.

24. On or about July 31, 2018, defendant McCREIGHT and the co-schemer, sought another increase in the loan amount from the lending bank for production costs, food and beverage costs, session talent and petty cash. In connection with and in support of this loan increase request, defendant McCREIGHT and the co-schemer knowingly and intentionally made and caused to me made the false and fraudulent representation to the lending bank that the previously provided false and fraudulent Newbo Evolve July 16, 2018 budget projecting a $65,653.66 profit was still in effect with one change: the sponsorships revenue projection was $250,000 lower than the sponsorships projection originally included in the budget previously provided to the lending bank.

25. On or about August 1, 2018, the lending bank approved another increase in GoCR's loan from $1,750,000 to $2,200,000. On or about August 2, 2018, GoCR received an additional $450,000 from the lending bank

26. Newbo Evolve occurred with Maroon 5 and Kelly Clarkson performing as planned in August 2018. Ultimately, Newbo Evolve lost more than $2 million. As a result, GoCR was unable to repay much of its loan from the lending bank when the loan was due.

**THE EXECUTION OF THE SCHEME TO DEFRAUD**

27. On or about the date set out below, defendant AARON MCCREIGHT and the co-schemer, in furtherance of the scheme to defraud and obtain money and funds owned by and under the custody and control of the lending bank, knowingly

8

executed, attempted to execute, and caused the execution of the scheme to defraud as follows:

| Count | Date | Execution of the Scheme |
|---|---|---|
| 1 | August 1, 2018 | Defendant AARON MCCREIGHT, in his capacity as President and CEO of GoCR, signed a promissory note for a loan of $2,200,000 from the lending bank. |

This was in violation of Title 18, United States Code, Sections 1344, 1349 & 2.

Respectfully submitted,

*/s/Sean R. Berry*
SEAN R. BERRY
United States Attorney

*/s/Kyndra Lundquist*
KYNDRA LUNDQUIST
Assistant United States Attorney