# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No.: 1:22-cr-00002-CJW-MAR |
| AARON McCREIGHT, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF INTENT TO PLEAD GUILTY

COMES NOW the Defendant, AARON McCREIGHT, by and through his undersigned counsel and hereby notifies this Honorable Court of the Defendant's intent to change his plea to a plea of Guilty.

Counsel for the Defendant has delivered a singed plea agreement to Assistant United States Attorneys Sean R. Berry and Kyndra Lundquist.

Respectfully submitted,

**/s/ William C. White, II**
William C. White, II (asb-6545-h70w)
**BOLES HOLMES WHITE LLC**
1929 Third Avenue North, Suite 500
Birmingham, AL 35203
Telephone: 205-502-2000
Facsimile: 205-847-1285
Email: wwhite@bhw.law

1

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 7, 2022, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will cause copies to be electronically served upon all counsel of record.

                                                      **/s/ William C. White, II**
                                                             *Counsel for Defendant*