# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>vs.<br>AARON MCCREIGHT,<br>Defendant. | HEARING MINUTES  Sealed: No<br>Case No.: 1:22-CR-02-CJW-MAR-1<br>Presiding Judge: Magistrate Mark A. Roberts<br>Deputy Clerk: Sarah Melvin<br>Official Court Record: FTR Gold<br>-- |

| Date: | 1/27/2022 | Start: | 9:58 AM | Adjourn: | 10:35 AM | Courtroom: | 4, 4th Floor, Cedar Rapids, IA |
|---|---|---|---|---|---|---|---|
| | Appearances: | Plaintiff(s): | AUSA Kyndra Lundquist and Sean Berry | | | | |
| | | Defendant(s): | Appears in person and is represented by William White | | | | |
| | | U.S. Probation: | Amy Moser | | | | |
| | | Interpreter: | N/A | Language: | | Certified: | Phone: |

| TYPE OF PROCEEDING: | INITIAL APPEARANCE: | X | AND/OR | ARRAIGNMENT: | X | |
|---|---|---|---|---|---|---|
| | Date of Information: | 1/4/2022 | | | | |
| | Was defendant *Mirandized*? | Yes | | | | |
| | Defendant pleaded | Guilty to Count 1 of the Indictment | | | | |
| | Counsel: | Retained: | X | or | Appointed: | FPD/Other: |
| | Stipulation to discovery plan? | Yes | Did defendant provide financial affidavit? | No | | |
| | Did the government move for detention? | No | Was the defendant detained? | No | | |
| | Was a detention hearing set? | No | Date: | --- | | |
| | Was a trial date set? | No | Date: | --- | | |

| PLEA: | Defendant pleaded GUILTY to count(s): | 1 of the Information |
|---|---|---|
| | Defendant is | released | pending sentencing. |

| | Exhibit: | Government Exhibit 1 Plea Agreement – offered and received **UNDER SEAL** |
|---|---|---|
| | | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. |
| | Miscellaneous: | Court informs Defendant of his consular notification rights.<br><br>Defendant waives formal reading of the Information. Defendant waives his right to an Indictment. |

| | | |
|---|---|---|
| | | Court confirms the United States' obligation under Rule 5(f), that is, to disclose to the defendant all exculpatory evidence as required by *Brady v. Maryland* and its progeny. Failure to disclose any such evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanction by the Court.<br><br>Court places the defendant under oath.<br><br>Defendant is competent and understands the charge.<br><br>Defendant knows that there is an adequate factual basis, knows the maximum penalties, and knows his rights to a jury trial and voluntarily waives those rights.<br><br>Defendant's plea of guilty is voluntary.<br><br>Court finds that the defendant should be adjudged guilty of Count 1 of the Information based upon his pleas of guilty.<br><br>Court to file Report and Recommendation.<br><br>Court orders USP to prepare PSIR.<br><br>Defendant released under the terms and conditions set forth in the Order Setting Conditions of Release. |