**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 22-CR-2 CJW-MAR |
| vs. | **ORDER RESCHEDULING** |
| | **SENTENCING HEARING** |
| AARON McCREIGHT, | |
| Defendant. | |

_____

Due to recent developments in the companion case of *United States v. Doug Hargrave,* 22-CR-1 CJW-MAR, the sentencing hearing for the above-named defendant currently scheduled for November 10, 2022, is rescheduled before the undersigned to **Friday, February 17, 2023, at 1:00 p.m.**[1]; United States Courthouse, Courtroom 3, 111 Seventh Avenue SE, Cedar Rapids, Iowa.

**IT IS SO ORDERED** this 13th day of October, 2022.

_____
C.J. Williams
United States District Judge
Northern District of Iowa

---

[1] The deadline requirements established in the Order setting sentencing hearing and establishing deadlines at Doc. 22 continue to govern, but now with the new sentencing date of February 17, 2023, substituted, the time frames attach to the new sentencing date scheduled.