IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 22-CR-0002-CJW |
| vs. | ) | |
| AARON MCCREIGHT, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S SENTENCING MEMORANDUM**

In advance of the sentencing hearing set in the above listed case, the United States hereby provides its sentencing memorandum.

**I.    WITNESSES/EXHIBITS/ISSUES**

   **A.    Government Witnesses**

   1. Special Agent Kent Moore, FBI

   **B.    Government Exhibits**

   1. Government's Summary Timeline of Loss
   2. December 15, 2017 Promissory Note
   3. July 19, 2018 Promissory Note
   4. August 1, 2018 Promissory Note
   5. August 2018 Emails from Hargrave to GoCR Board Chair
   6. Statement of Jim Haddad, GoCR's Interim CEO
   7. Articles of Incorporation and Bylaws of GoCR
   8. Newbo Evolve Promotional Flyer

1

9. Exhibit to Loan Application Showing $500,000 Loan from the City

C. **Sentencing Issues**

The Final Presentence Investigation Report ("PSR") filed on August 16, 2022, lists four contested issues: (1) whether a two-level increase for abuse of position of trust applies under USSG §3B1.3; (2) whether a two-level increase for occupying a position as an organizer, leader, manager, or supervisor applies under USSG §3B1.1(c); (3) whether a fine should be imposed; and (4) the amount of restitution. (Doc. 21 at 23).

As explained the attached brief, the United States asks the Court to: (1) impose the two-level enhancement for abuse of trust; (2) apply the two-level increase for defendant's role in the offense; (3) impose a fine; and (4) order restitution as recommended in the PSR.

Respectfully submitted,

CERTIFICATE OF SERVICE
I hereby certify that on February 9, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.
UNITED STATES ATTORNEY
BY: /s/ KAL_____

TIMOTHY T. DUAX
United States Attorney

By: */s/ Kyndra Lundquist*

KYNDRA LUNDQUIST
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA  52401-2101
319-363-6333
319-363-1990 – Fax
Kyndra.Lundquist@usdoj.gov