# REVOLVING LINE OF CREDIT

# TIMELINE

# LOSS

**Dec 15, 2017** — Bank and GoCR execute promissory note for $1.5 million to fund the cash flow needs of Newbo Evolve    PSR ¶ 13, Ex. 1

**Jan-2018**

**Feb-2018**

**Mar-2018**

**April 11, 2018** — McCreight shares a budget of $335,909.66 with GoCR. Minutes: "time to consider contingency plans to cut costs and increase income with additional sponsorship dollars."    PSR ¶ 16

**May 16, 2018** — McCreight reports to GoCR Board that passes are not selling as originally budgeted and the budget is reduced and getting more realistic    PSR ¶ 18

**June 1, 2018** — McCreight and Hargrave provide a Newbo Evolve budget of $84,703.66 to Bank    PSR ¶ 19

**June 11, 2018** — Hargrave informs McCreight and Myers the budget now projecting more than $1.1 million loss    PSR ¶ 20

**June 14, 2018** — Hargrave sends false budget projecting $154,653.66 profit to United Capital, a potential lender

GoCR receives **$225,000** advance from Bank    PSR ¶ 21

**June 15, 2018** — McCreight directed to cut budget to reduce $1.1 million loss to no more than $250,000    PSR ¶ 22

**June 20, 2018** — McCreight presents budget loss of $644,846.34 to the GoCR board. Board informed budget very tight, and Newbo Evolve would be short but nothing left to cut    PSR ¶ 23

**Government Exhibit 1**
Case 22-CR-00002-CJW
Sentencing

**July 16, 2018**

Hargrave emails false Budget to Bank showing $65,653.66 profit
PSR ¶ 26

McCreight makes false statement about ticket sales to Bank regarding increase in the line of credit from $1.5 to $1.75
PSR ¶ 27

**July 18, 2018**

McCreight provides the same false ticket numbers to the Board
PSR ¶ 28

**July 19, 2018**

GoCR and Bank execute promissory note of $1.75 replacing the prior $1.5 note. McCreight and Hargrave obtain additional **$250,000**
PSR ¶ 29, Ex. 2

**July 31, 2018**

McCreight and Hargrave request another **$450,000** from Bank
PSR ¶¶ 30-32

**August 1, 2018**

GoCR and Bank execute promissory note in the amount of $2.2 replacing the prior $1.75 note
PSR ¶ 32, Ex. 3

**August 3-5, 2018**
**Newbo Evolve**

Bank recovers $757,768.75 from Newbo Evolve
PSR ¶ 40

**August 15, 2018**

GoCR and Bank execute agreement in the amount of $1.5 replacing the prior $2.2 note
Ex. 4

