**Indian Creek NATURE CENTER**

John Myers

### evolve p&l
1 message

**Doug Hargrave**          Mon, Aug 13, 2018 at 11:24 PM
To: "John Myers

John,

Attached is the P&L for evolve compared to the last budget that was presented to the bank. This budget was after your directive to cut to a $250,000 loss but the cuts only got us to a $600,000 loss. However the decision was passed along that we did not want to show a loss as the fear was the bank would not extend us any additional funds. This request was for the $250k to cover Kelly's final payment.

Doug

📎 newbo evolve P&L (13-Aug-18).pdf
140K

**Government Exhibit 5**
Case 22-CR-00002-CJW
Sentencing

EXHIBIT B

**NewBo Evolve**
2018 Budget

*Budget is updated* — Per Doug, this has not been updated as of 7/14/18    7/16/2018

**CONFIDENTIAL**

### INCOME

| | Budget | Received | Pending | Balance |
|---|---|---|---|---|
| Sponsorship | 475,000.00 | 251,550.00 | 141,458.00 | 81,992.00 |
| Concert Sales | 1,790,672.66 | 0.00 | 493,058.75 | 1,297,613.91 |
| Evolve Passes | 525,000.00 | 91,151.00 | 183,349.00 | 250,500.00 |
| Event Revenue | 403,481.00 | 0.00 | 0.00 | 403,481.00 |
| Total Income | 3,194,153.66 | 342,701.00 | 817,865.75 | 2,033,586.91 |

### EXPENSES

| | Budget | Paid | Owed | Balance |
|---|---|---|---|---|
| Entertainment | 2,227,000.00 | 1,836,119.51 | 362,500.00 | 28,380.49 |
| Production | 475,000.00 | 238,400.30 | 133,651.00 | 102,948.70 |
| Venues | 81,500.00 | 17,000.00 | 92,000.00 | -27,500.00 |
| Ticketing | 15,000.00 | 3,040.00 | 10,000.00 | 1,960.00 |
| Additional Attractions | 180,000.00 | 0.00 | 0.00 | 180,000.00 |
| Marketing | 125,000.00 | 155,579.28 | 10,000.00 | -40,579.28 |
| Miscellaneous | 25,000.00 | 87,666.73 | 0.00 | -62,666.73 |
| Total Expenses | 3,128,500.00 | 2,337,805.82 | 608,151.00 | 182,543.19 |
| Profit (Loss) | 65,653.66 | -1,995,104.82 | 209,714.75 | 1,851,043.73 |



**John Myers**

## FW: Venue works
1 message

**Doug Hargrave**     Wed, Aug 15, 2018 at 9:51 PM
To: "John Myers

John,

Attached is the budget showing a profit of $65k that I sent to Bankers Trust when we were requesting the Standby Letter of Credit from CRBT but Bankers Trust decided to increase the LOC instead of having another bank get involved. This was after we reworked the budget to cut the $1.1 million dollar loss to $600,000. However in conversation with Aaron he said that we needed to make this look much better as the bank won't provide us with the funding needed to make Kelly's final payment. The follow up conversation, on the phone, sticks out vividly to me as he said, "I hope these numbers are ok so you can still sleep at night".

I'm going to keep digging to find the e-mail chain on this topic.

Doug

**From:** Josh Moore [mailto: ]
**Sent:** Monday, July 16, 2018 4:16 PM
**To:** Lisa Karr; Cathy Snow
**Cc:** Doug Hargrave
**Subject:** FW: Venue works

Josh Moore

Senior Vice President

Senior Loan Officer

201 1st Street SE, Suite 1100

Cedar Rapids, IA 52401



jmoore



Member FDIC

This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 1 U.S.C. 2510-2521, is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to sender that you have received the message in error, and then please delete it. Thank you.

**From:** Doug Hargrave [mailto
**Sent:** Monday, July 16, 2018 12:16 PM
**To:** Josh Moore
**Subject:** RE: Venue works

Josh,

Here is the budget with the zip line removed.

The received and paid columns have not been updated as today is my first day back from vacation, but that won't impact the overall budget.

Doug