

STATEMENT FROM GoCR INTERIM CEO JIM HADDAD AND THE BOARD OF DIRECTORS

GoCR TO CEASE OPERATIONS ON OCTOBER 15, 2018

October 12, 2018-Today we are disappointed to announce that GoCR will cease operations on October 15, 2018. Over the past two months we have been diligently working on a plan that would allow GoCR to continue as a full functioning convention and visitor's bureau and pay its obligations related to the Newbo Evolve festival. Over that time many ideas were explored and researched. Meetings were held on a frequent basis with stakeholders. We appreciate everyone's efforts and openness to these discussions. Unfortunately we could not develop a plan that all could support. Financially, GoCR has no cash reserves or meaningful physical assets. The debt of approximately $2.3 million created by Newbo Evolve was too much to overcome. The economic burden of the debt would not allow GoCR to fulfill its mission expected of the organization by its stakeholders.

We would like to thank the current staff of GoCR for their efforts, especially in the past few months under these difficult circumstances, to promote our community and we wish them well in their future endeavors.

Media Contact (available Friday October 12 from 8AM to Noon)
Jim Haddad, Interim CEO

**Government Exhibit**
**6**
Case
22-CR-00002-CJW
Sentencing

200 Second Street SE | Cedar Rapids, IA 52401 | gocedarrapids.com