55519

## ARTICLES OF AMENDMENT
## TO
## ARTICLES OF INCORPORATION
## OF
## CEDAR RAPIDS AREA CONVENTION AND VISITORS BUREAU

TO THE SECRETARY OF STATE OF THE STATE OF IOWA:

Pursuant to the provisions of Section 504.1002 and 504.1005 of the Revised Iowa Nonprofit Corporation Act, the undersigned Corporation adopts the following Articles of Amendment to its Articles of Incorporation:

I. The name of the Corporation is Cedar Rapids Area Convention and Visitors Bureau. The effective date of its incorporation was August 20, 1982.

II. The following amendment to the Articles of Incorporation was duly approved by the Board of Directors on May 18, 2016 in the manner required by this chapter, the Articles of Incorporation and the Bylaws. Member approval was not required.

Article I is deleted in its entirety and replaced with the following:

The name of the Corporation is GO Cedar Rapids.

III. The Amendment shall become effective on the date of filing with the Secretary of State.

Dated: May 18, 2016

CEDAR RAPIDS AREA CONVENTION AND
VISITORS BUREAU

By: _____
William J. Neppl, Chairperson of the Board of Directors

{02066122.DOC}

Government Exhibit 7
Case 22-CR-00002-CJW
Sentencing

FILED
IOWA
SECRETARY OF STATE
5-18-16
10:10 am
W01048065

$10.00 DIANE2 5/19/16
AMEN
788165

# AMENDED AND RESTATED BYLAWS
# OF
# GO CEDAR RAPIDS
## (August 16, 2017)

## ARTICLE I – OBJECTIVES

1.1     <u>Objective</u>. The objective of GO Cedar Rapids (the "Corporation") is to establish the Cedar Rapids area as the preferred regional destination for conventions, business meetings, leisure travel, and sporting events, and promote quality of life activities and experiences. The Corporation is organized to:

   a.   Lead the community effort to creatively acquire, manage, and maintain the asset base needed to achieve "preferred destination" status.

   b.   Establish and maintain an effective marketing and sales capability as measured by year–to-year bookings growth and customer satisfaction.

   c.   Support visitors, residents and businesses by developing strategies that deliver useful information about the area.

   d.   Promote the Corporation and its business to area citizens to improve their understanding of the economic importance of visitor business and leisure activities.

1.2     <u>Not for Profit</u>. The Corporation is not organized for profit, or organized to engage in an activity ordinarily carried on for profit, and no part of its net earnings will inure to the benefit of any director or individual.

## ARTICLE II – OFFICES AND REGISTERED AGENT

2.1     <u>Principal Office</u>. The principal office of the Corporation shall be located in the State of Iowa at 200 2nd Street SE, Cedar Rapids, Iowa 52401. The Corporation may have such other offices, either within or without the State of Iowa, as the board of directors may determine or as the affairs of the Corporation may require from time to time.

2.2     <u>Registered Office and Registered Agent</u>. The Corporation shall have and continuously maintain in the State of Iowa a registered office and a registered agent whose office is identical with such registered office, as required by the Revised Iowa Nonprofit Corporation Act. The registered office may be, but need not be, the same as its principal office in the State of Iowa. The registered office or the registered agent at such registered office, or both, may be changed from time to time by the board of directors by compliance with the applicable provisions of the Revised Iowa Nonprofit Corporation Act.

# ARTICLE III - MEMBERSHIP; INVESTMENT STRUCTURE

3.1     Eligibility.  All persons, corporations, and other business organizations having offices or business sites in the Cedar Rapids Area engaged in the manufacture and/or sale of wholesale or retail goods or merchandise or in the sale of services or accommodations and, also, municipal or charitable corporations; and other persons, corporations, or other forms of business organizations interested in the objective of the Corporation are eligible for membership.

3.2     Investment Structure.  The membership investment structure shall be developed by the Corporation staff at the direction of the Board.  It may be changed from time to time to reflect the changes in the economic conditions of the trade area, and the needs of the Corporation.

3.3     Other Revenue.  In order to obtain the revenue necessary for financing the Corporation organization and its program of work, the Corporation staff will develop and implement a plan of activities, with the approval of the Board, which will produce revenue in a fair and equitable manner from the business community.

# ARTICLE IV - BOARD OF DIRECTORS

4.1     General Powers. The affairs of the Corporation shall be managed by its board of directors.

4.2     Board Composition.

   a.     Number.  The number of directors shall be determined by resolution of the board of directors of the Corporation and shall consist of no fewer than fifteen (15) persons and no greater than twenty-one (21) persons.

   b.     Tenure.  Except as otherwise provided herein, each director shall hold office for a term of three (3) years, beginning with the annual meeting, or until such director's death, resignation or removal if prior to the end of the term.  Each director shall be eligible to serve three (3) consecutive terms.  In the event a director serves as Chair in his or her final year of his or her third (3rd) term on the board of directors, such director shall be eligible to serve an additional year (a 10th or an 11th) to fulfill his or her role as Chair and Immediate Past Chair.  A director who has completed three (3) consecutive terms shall be ineligible to serve as director for one (1) year.

   c.     Nominations and Election.  Nominations for the board of directors shall be made by the Nominating Committee, as provided for in Section 7.2 of these Bylaws.

   d.     Qualifications.  The board of directors shall be equally composed, as much as possible, of (a) members, or represent corporation members in good standing, engaged in the hospitality industry, and (b) business and/or community leaders supportive of the vision and objectives of the Corporation.  The hospitality industry includes, but is not limited to, the following categories:

- lodging and dining establishments
- cultural/historical/ethnic entities

- visitor attractions/activities/events
- retail/shopping malls
- supporting service businesses

e. <u>Vacancy</u>. Any vacancy occurring in the board of directors shall be filled by the affirmative vote of a majority of the remaining directors entitled to vote, even if less than a quorum of the board of directors remain. A director so elected shall serve for the unexpired term of his or her predecessor in office or the full term of such new directorship, as the case may be.

f. <u>Resignation</u>. Any director of the Corporation may resign at any time by giving a written resignation to the President of the board of directors. The resignation of any director shall take effect upon delivery of the resignation or at such later date as shall be specified in such resignation. The acceptance of such resignation shall not be necessary to make it effective.

g. <u>Removal.</u> Any director of the Corporation may be removed at any time by (i) a vote of a majority of all the directors of the board of directors whenever in their judgment the best interests of the Corporation would be served thereby, or (ii) if a member of the board of directors misses three (3) consecutive board of director meetings or attends less than sixty percent (60%) of board of director meetings during a fiscal year without a satisfactory explanation, the board of director position of such board of director member shall be considered vacated.

h. <u>Board Liaisons</u>. The board of directors may provide, by resolution, the designation of non-voting executive committee or board liaisons as may be appropriate from time to time, and whenever in their judgment, the best interests of the Corporation would be served thereby.

4.3 <u>Regular Meetings</u>. The board of directors shall meet at least six (6) times in each Fiscal Year, which may include an "annual meeting", with the date and the time of the meetings being fixed by resolution of the board of directors. Unless notice is otherwise provided, regular meetings shall be held at the Corporation's principal office. No notice shall be required for a regular meeting.

a. <u>Attendees.</u> Regular meetings of the board of directors shall be open to all members of the Corporation and to all staff employed by the Corporation.

b. <u>Executive Session.</u> At any regular meeting of the board of directors, the Chair may call an executive session upon a majority vote of the directors under the following circumstances: (a) on the advice of counsel, (b) to discuss current pending legal matters, (c) to consult with the auditors and compensation consultants, (d) to acquire or dispose of property, (e) to discuss or act on personnel issues, or (f) to address such other matters as the board deems appropriate. Prior to moving into an executive session, the Chair shall direct all persons that are not voting members of the board of directors to leave the meeting. Notwithstanding the

forgoing, the Chair may invite a person that is not a member of the board of directors to be present during the executive session.

       4.4       <u>Special Meetings</u>. Special meetings of the board of directors may be called by or at the request of the Chair or one-third of the directors. The person or persons authorized to call special meetings of the board of directors may fix the place, time and date of such meetings.

       4.5       <u>Notice</u>. Notice of any special meeting of the board of directors shall be given at least two days in advance of the special meeting by written notice delivered personally or sent by mail or Electronic Transmission to each director at such director's address as shown by the records of the Corporation. Such notice shall be deemed given on the date personally delivered, the date deposited in the United States mail, with postage thereon prepaid, or the date electronically transmitted. Any director may waive notice of any meeting. The attendance of a director at any meeting shall constitute a waiver of notice of such meeting, except where a director attends a meeting for the express purpose of objecting to the transaction of any business because the meeting is not lawfully called or convened. Neither the business to be transacted at, nor the purpose of, any regular or special meeting of the board of directors need be specified in the notice or waiver of notice of such meeting.

       4.6       <u>Quorum</u>. A minimum of a one-third of the number of directors entitled to vote shall constitute a quorum for the transaction of business at any meeting of the board of directors. If a quorum is not present at any meeting of the board of directors, a majority of the directors present and entitled to vote at such meeting may adjourn the meeting from time to time without further notice.

       4.7       <u>Manner of Acting</u>. Each director shall have one (1) vote. Except as otherwise provided in these Bylaws, the act of a majority of the directors present and entitled to vote at such meeting at which a quorum is present shall be the act of the board of directors.

       4.8       <u>Informal Action by Directors</u>. Any action required to be taken at a meeting of directors, or any action which may be taken at a meeting of directors, may be taken without a meeting if a consent in writing (which may include a consent received by Electronic Transmission with an electronic signature evidencing consent of the director to the action), setting forth the action so taken, shall be signed by all of the directors entitled to vote. Electronic Transmission means any process of communication not directly involving the physical transfer of paper that is suitable for the retention, retrieval, and reproduction of information by the recipient.

       4.9       <u>Meetings by Conference Telephone</u>. Directors of the board of directors may participate in a meeting of the board of directors by conference telephone or similar communications equipment. All persons participating in the meeting shall be able to hear each other, and participation in a meeting pursuant to this provision shall constitute presence in person at the meeting. Records of the meeting shall be kept as required by Article VIII of these Bylaws.

       4.10      <u>Presumption of Assent</u>. A director of the Corporation who is present at a meeting of the board of directors at which action on any Corporation matter is taken shall be presumed to

have assented to the action taken unless his or her dissent shall be entered in the minutes of the meeting or unless he or she shall file his or her written dissent to such action with the person acting as the Secretary of the meeting before the adjournment thereof or shall forward such dissent by registered mail to the Secretary of the Corporation promptly after the adjournment of the meeting. Such right to dissent shall not apply to a director who voted in favor of such action.

      4.11    <u>Compensation</u>. Directors as such shall not receive any stated salaries for their services; but nothing herein contained shall be construed to preclude any director from being reimbursed for expenses incurred in serving the Corporation or from serving the Corporation in any other capacity and receiving reasonable compensation therefore.

      4.12    <u>Board Committees</u>. Board Committees and task forces shall be formed by the Chair and shall meet in accordance with their mission and at the direction of the Chair.

## ARTICLE V – OFFICERS

      5.1    <u>Officers</u>. The officers of the Corporation shall be a Chair, a Vice-Chair, a Secretary, and a Treasurer, each of whom shall be elected by the board of directors. Such other officers and assistant officers as may be deemed necessary may be elected by the board of directors and shall have the authority and perform the duties prescribed, from time to time, by the board of directors. The offices of Secretary and Treasurer may be held by the same person, and any other offices may be held by one or more persons. A person may be re-elected to an officer position.

      a.    <u>Chair</u>. The Chair shall preside at all meetings of the board of directors. He or she may sign, with the Secretary or any other proper officer of the Corporation authorized by the board of directors, any deeds, mortgages, bonds, contracts, or other instruments which the board of directors has authorized to be executed, except in cases where the signing and execution thereof shall be expressly delegated by the board of directors or by these Bylaws or by statute to some other officer or agent of the Corporation; and, in general, he or she shall perform all duties incident to the office of Chair and such other duties as may be prescribed by the board of directors from time to time.

      b.    <u>Vice-Chair</u>. In the absence of the Chair or in event of his or her inability or refusal to act, the Vice-Chair shall perform the duties of the Chair, and when so acting, shall have all the powers of and be subject to all the restrictions upon the Chair. The Vice-Chair shall perform such other duties as from time to time may be assigned to the Vice-Chair by the Chair or by the board of directors.

      c.    <u>Secretary</u>. The Secretary shall be responsible for the minutes of the board of directors and the members in one or more books provided for that purpose; and, in general, perform all duties incident to the office of Secretary and such other duties as from time to time may be assigned to Secretary by the Chair or by the board of directors.

The Secretary shall be responsible for governance oversight and will periodically consult with the Chair to assure compliance with Bylaws and other governance matters.

d. <u>Treasurer</u>. The Treasurer shall oversee the financial management of the Corporation, chair the Finance Committee, and, in general, perform all the duties incident to the office of Treasurer and such other duties as from time to time may be assigned to the Treasurer by the Chair or by the board of directors.

5.2 <u>Election and Term of Office</u>. The Chair shall be elected in each even numbered year by the board of directors at the meeting immediately prior to the annual meeting of the board of directors. The Vice-Chair, Secretary and Treasurer of the Corporation shall be elected annually by the board of directors at the meeting immediately prior to the annual meeting of the board of directors. If the election of any such officer shall not be held at such meeting, such election shall be held as soon thereafter as possible. New offices may be created and filled at any meeting of the board of directors. The Chair shall hold office for two (2) consecutive years, or until his or her successor shall have been duly elected and shall have qualified or until his or her death or until he or she shall resign or shall have been removed in the manner hereinafter provided. Each of the other officers shall hold office until the next annual meeting or until his or her successor shall have been duly elected and shall have qualified or until his or her death or until he or she shall resign or shall have been removed in the manner hereinafter provided.

5.3 <u>Qualifications</u>. A person must be a director of the board of directors to qualify for election as an officer and must continue to qualify at all times while an officer. If a person ceases to qualify while an officer such person shall be ineligible to continue to serve as an officer and his or her office shall be deemed to be vacant.

5.4 <u>Removal</u>. Any officer who serves at the pleasure of the board of directors, may be removed by a vote of two-thirds of all the directors of the board of directors whenever in their judgment the best interests of the Corporation would be served thereby, but such removal shall be without prejudice to the contract rights, if any, of the officer so removed.

5.5 <u>Vacancies</u>. A vacancy in any office because of death, resignation, removal, disqualification or otherwise, may be filled by the board of directors for the unexpired portion of the term.

## ARTICLE VI – PRESIDENT

6.1 <u>Employment.</u> The board of directors shall employ a President.

6.2 <u>Responsibilities</u>.

a. <u>Management</u>. The President shall be the principal executive officer and registered agent of the Corporation and shall generally supervise and control all of the business and affairs of the Corporation subject to the ultimate direction and control of the board of directors. The President shall be responsible for the general supervision of the principal office and the employees of the Corporation. The President shall see that the policies and directives of the Corporation, as expressed at the meetings of the directors, and by its board of directors, are

carried out. The President shall perform such other duties and have such other powers as shall be assigned from time to time by the board of directors.

The President may sign all deeds, contracts and other instruments affecting the operation of the Corporation or any of its properties, subject to the oversight and guidelines of the Board.

The President shall be a non-voting officer of the Corporation, ex-officio member of the Board, the Executive Committee and all committees.

b. <u>Budget</u>. The President shall prepare a budget for approval by the board of directors and shall be responsible for operating the Corporation within the approved budget.

6.3 <u>Compensation and Review</u>. The President shall be entitled to compensation as determined by the annual compensation resolution approved by the board of directors.

No less than sixty (60) days prior to the June Executive Committee meeting, the Chair and Vice-Chair shall develop and propose an annual compensation plan for the President. The proposed compensation plan shall be presented to the Executive Committee along with the President's performance review for approval and recommendation to the Board of Directors for consideration and approval.

6.4 <u>Staff.</u> The President shall maintain a staff that is sufficient to handle the operations of the Corporation. The President shall be responsible for hiring, overseeing, and terminating such staff. The President shall review each staff member's performance annually. The President shall provide compensation according to the annual compensation resolution approved by the board of directors.

## ARTICLE VII – COMMITTEES

7.1 <u>Executive Committee</u>. There shall be an Executive Committee consisting of the Chair, Vice-Chair, Secretary, Treasurer, and the Immediate Past Chair (for a one (1) year term), Chairs of the Finance and Sports Tourism Committees, and a city liaison appointed by the Cedar Rapids City Manager. The President shall be a non-voting member of the Executive Committee. Except as otherwise provided in these Bylaws, the Executive Committee shall have and may exercise the authority of the board of directors in the management of the Corporation between meetings of the board of directors. The Executive Committee shall review and evaluate the performance of the President. The Executive Committee shall make a recommendation to the board of directors of the President's annual salary.

7.2     Nominating Committee.

a.     Nominating Committee.  Not less than sixty (60) days prior to the last board of directors meeting of the fiscal year at which Directors, Executive Committee, and Officers are elected, the Chair shall appoint a Nominating Committee consisting of a minimum of three persons who are members of the board of directors whose terms do not expire at such meeting, or who are not eligible for election to another consecutive term.

b.     Officer And Director Slates.  At the last board of directors meeting of the fiscal year, the Nominating Committee shall propose a single slate of persons for election to the board of directors for terms expiring or vacated, a single slate of persons to serve as Chair, Vice Chair, Secretary, and Treasurer, and shall also propose a slate of candidates to serve as the Corporation's Executive Committee as provided for in Section 7.1, (four (4) of whom are the foregoing nominated officers of the Corporation.)  Any Member of the Corporation in good standing may propose board of director candidates by contacting any active board of director member in writing.  The board of director member will forward said recommendation to the Nominating Committee.

c.     Election Of Directors, Officers, And Executive Committee.  The board of directors shall act upon each slate of nominees proposed by the Nominating Committee to elect Directors, Officers, and members of the Executive Committee of the Corporation.

d.     Notification.  Upon adjournment of the last board of directors meeting of the fiscal year, the President shall notify the membership and the media of the aforementioned election results.

7.3     Sports Tourism Advisory Committee.  There shall be a Sports Tourism Advisory Committee consisting of no less than fifteen (15) and no more than twenty (20) members to advise the Board of Directors, President and staff on matters pertaining to the promotion, and development of sports tourism in the area and make recommendations to the Board of Directors to provide other services as specifically determined by the Board of Directors.  At least one (1) member of the Committee shall be a member of the Board of Directors.

7.4     Finance Committee.  There shall be a Finance Committee consisting of no less than three (3) and no more than ten (10) members to advise the Executive Committee and Board of Directors, President and staff on matters pertaining to the finances of the Corporation, including the development of a budget, budget oversight and input, and other matters that come before the Executive Committee and Board of Directors relating to the financial operations of the corporation.

7.5     Other Advisory Committees. The board of directors may designate and appoint one or more Advisory Committees to gather data, perform analysis, make recommendations to the board of directors, and provide other services as specifically determined by the board of directors.   Each committee shall have no fewer than two (2) members, at least one of which shall be a member of the board of directors.  The designation and appointment of any such committee

and the delegation thereto of authority shall not operate to relieve the board of directors, or any individual director, of any responsibility imposed upon it or him or her by law.

      a.    <u>Term</u>. Except as otherwise provided by the board of directors in the resolution appointing a committee each member of a committee shall continue until the next annual meeting of the directors and until his or her successor is appointed, unless the committee shall be sooner terminated, or unless such director be removed from such committee, or unless such director shall cease to qualify as a director thereof.

      b.    <u>Vacancies</u>. Vacancies in the directorship of any committee may be filled by appointments made in the same manner as provided in the case of the original appointments.

    7.6    <u>Quorum and Manner of Acting</u>. A majority of the whole committee shall constitute a quorum and the act of a majority of the committee members present at a meeting at which a quorum is present shall be the act of the committee.

    7.7    <u>Rules</u>. Each committee may adopt rules of procedure not inconsistent with these Bylaws or with rules adopted by the board of directors.

    7.8    <u>Informal Action</u>. Any action required or permitted to be taken by a committee at a meeting may be taken without a meeting if a consent in writing (which may include a consent received by Electronic Transmission with an electronic signature evidencing consent of the committee member to the action), setting forth the action so taken, shall be signed by all of the members of the committee.

    7.9    <u>Meetings by Conference Telephone</u>. Directors of a committee may participate in a meeting of the committee by conference telephone or similar communications equipment. All persons participating in the meeting shall be able to hear each other, and participation in a meeting pursuant to this provision shall constitute presence in person at the meeting. Records of the meeting shall be kept as required by Article X of these Bylaws.

## ARTICLE VIII - FUND CUSTODIAN

The board of directors may appoint a fund custodian to manage and assist in the investment of funds held by the corporation, a corporation authorized to transact such business in the State of Iowa. Said fund custodian shall advise the board of directors and the Corporation from time to time as to the assets held by it, shall receive and disburse all income and principal funds as directed from time to time by the board of directors or its designated officer for all assets held and all funds received and disbursed. The fund custodian shall also perform such other services for the Corporation from time to time as may be agreed upon.

The fund custodian shall be entitled to a reasonable compensation for its services.

The net income of the Corporation shall be deposited in a separate account to be disbursed by the fund custodian under such general rules and regulations as the Board or President may from time to time fix and determine.

{02279910.DOC}            9

# ARTICLE IX - CONTRACTS, LOANS, CHECKS, DEPOSITS AND FUNDS

9.1     Contracts. The board of directors may authorize any officer or officers, agent or agents of the Corporation, in addition to the officers so authorized by these Bylaws, to enter into any contract or execute and deliver any instrument in the name of and on behalf of the Corporation, and such authority may be general or confined to specific instances.

9.2     Loans. No loans shall be contracted on behalf of the Corporation and no evidences of indebtedness shall be issued in its name unless authorized by a resolution of the board of directors. Such authority may be general or confined to specific instances.

9.3     Checks. Drafts, etc. All checks, drafts or orders for the payment of money, notes or other evidences of indebtedness issued in the name of the Corporation, shall be signed by such officer or officers, agent or agents of the Corporation and in such manner as shall from time to time be determined by resolution of the board of directors. In the absence of such determination by the board of directors, such instruments shall be signed by the Executive Director.

9.4     Deposits. All funds of the Corporation shall be deposited from time to time to the credit of the Corporation in such banks or other depositaries as the board of directors may select.

9.5     Gifts. The board of directors may accept on behalf of the Corporation any contribution, gift, bequest or devise consistent with the objectives of the Corporation.

9.6     Loans to Directors or Officers. No loans shall be made by the Corporation to the directors or officers of the Corporation.  Any director or officer who assents to or participates in the making of any such loan shall be liable to the Corporation for the amount of such loan until the repayment thereof.

# ARTICLE X - BOOKS AND RECORDS

10.1    Books and Records Maintained. The Corporation shall keep correct and complete books and records of account and shall also keep minutes of the proceedings of its board of directors and any committee having any of the authority of the board of directors, and shall keep a record of the name and address of each director entitled to vote.  Such records shall be kept at the registered or principal office under the care and custody of the Executive Director.

10.2    Inspection. All books and records of the Corporation may be inspected by any director, or his agent or attorney for any proper purpose at any reasonable time.

10.3    Audit. The board of directors may have the books and records of account of the Corporation audited annually by a certified public accountant and, if so, the report of the certified public accountant shall be presented to the board of directors following its completion.

## ARTICLE XI - WAIVER OF NOTICE

11.1     Whenever any notice is required to be given under the provisions of the Revised Iowa Nonprofit Corporation Act or these Bylaws, a waiver thereof in writing signed by the person or persons entitled to such notice, whether before or after the time stated therein, shall be deemed equivalent to the, giving of such notice.

## ARTICLE XII - FISCAL YEAR

12.1     The fiscal year of the Corporation shall begin on July 1 of each year and shall end on June 30 of each year.

## ARTICLE XIII- AMENDMENTS TO BYLAWS

13.1     These Bylaws may be altered, amended or repealed and new Bylaws adopted by the affirmative vote of two-thirds of the board of directors at a meeting of the board of directors. Notice of the meeting setting forth the proposed amendment or a summary of the changes to be effected thereby shall be given to each director of the Corporation, at least ten (10) days prior thereto, by written notice delivered personally, sent by mail or Electronic Transmission to each director at his or her address as shown by the records of the Corporation. Such notice shall be deemed given on the date personally delivered, the date deposited in the United States mail, with postage thereon prepaid, or the date electronically transmitted.

## ARTICLE XIV - INDEMNIFICATION

14.1     The Corporation shall indemnify any Director or officer of the Corporation, any former Director or officer and any such person who at the request of the Corporation is serving or has served as a Director, officer, employee, agent or trustee of another corporation, partnership, joint venture, trust or other enterprise, and the heirs, executors and administrators of such person, against all expense, liability and loss (including attorneys' fees, judgments, fines, taxes, penalties, and amounts paid in settlement) actually and reasonably incurred by the indemnitee as to action in the person's official capacity and as to action in another capacity while holding the office, to the full extent permitted from time to time by applicable law.

14.2     Indemnification under this Article shall not restrict the power of the Corporation to provide for indemnification in any other manner and shall not obligate the Corporation to acquire and maintain insurance or to otherwise provide funds to meet its obligations hereunder.