Government
Exhibit
8
Case
22-CR-00002-CJW
Sentencing





**Our Mission:** GO Cedar Rapids is dedicated to enhancing the local economy by promoting the Cedar Rapids area as the premier destination in the region for travel, tourism and events.

**Our Vision:** GO Cedar Rapids is the destination's go-to organization for promotion, collaboration and innovation.

Case 1:22-cr-00002-CJW-MAR   Document 28-9   Filed 02/09/23   Page 2 of 21



## A New Bohemian Philosophy
### Jeff Campagna

*"Culture has changed. Business has changed. Before, Bohemians and businessmen walked on different sides of the same street, now they walk hand-in-hand in the middle of the road…"*

Case 1:22-cr-00002-CJW-MAR   Document 28-9   Filed 02/09/23   Page 3 of 21

I want to grow. I want to be better. You grow. We all grow. We're made to grow. You either evolve or you disappear.

~Tupac Shakur

Case 1:22-cr-00002-CJW-MAR   Document 28-9   Filed 02/09/23   Page 4 of 21



**newbo evolve is a multi-faceted festival that celebrates the bohemian spirit through music, art, fashion, dance and technology.**





Case 1:22-cr-00002-CJW-MAR   Document 28-9   Filed 02/09/23   Page 7 of 21



**ALEXIS OHANIAN**



**JOHN WATERS**



**CLINT HARP**



**CHRISTIAN SIRIANO**



**CARSON KRESSLEY**

Case 1:22-cr-00002-CJW-MAR   Document 28-9   Filed 02/09/23   Page 8 of 21



**ADAM RIPPON**



**ADAM BERINSKY**



**CANDACE HUFFINE**



**MAKS, VAL & PETA**



**JENNA JOHNSON**

Case 1:22-cr-00002-CJW-MAR   Document 28-9   Filed 02/09/23   Page 9 of 21






Case 1:22-cr-00002-CJW-MAR   Document 28-9   Filed 02/09/23   Page 11 of 21






Case 1:22-cr-00002-CJW-MAR   Document 28-9   Filed 02/09/23   Page 13 of 21







Case 1:22-cr-00002-CJW-MAR   Document 28-9   Filed 02/09/23   Page 16 of 21



Sales targeted to 5 hour circle.
But also reaching:
Florida
Texas
North Carolina
California
Oklahoma
Michigan
Massachusetts
New York
and more!

Case 1:22-cr-00002-CJW-MAR   Document 28-9   Filed 02/09/23   Page 17 of 21

# newbo evolve 3-Day Pass

- Passes cost $375 plus taxes and fees
- Passes can be purchased at the U.S. Cellular Box Office or through Ticketmaster
- Only 4,000 passes will be sold

**Passholders get access to all three days of celebrity-led keynotes and interactive sessions exploring the areas of art, dance, fashion, gardening, technology and more!**

- Guaranteed ticket to the Kelly Clarkson & Maroon 5 concerts in the **preferred-section seating** area.
- A discounted ticket to ride on the Cedar Screamer Zip Line (one per pass).
- Exclusive access to the passholder-only newbo evolve lounge and gathering space.
- Exclusive access to the newbo evolve design garden.
- Exclusive access to special art exhibits.
- Perks at local restaurants, breweries and shops.
- Access to exclusive newbo evolve celebrity book signings and pop-up shops
























Case 1:22-cr-00002-CJW-MAR   Document 28-9   Filed 02/09/23   Page 20 of 21



Case 1:22-cr-00002-CJW-MAR   Document 28-9   Filed 02/09/23   Page 21 of 21