BANKERS TRUST COMPANY
CEDAR RAPIDS APPROVAL SHEET

Borrower(s): Go Cedar Rapids  Date: 11/22/2017

Government Exhibit
9
Case 22-CR-00002-CJW Sentencing

EXHIBIT C
Go Cedar Rapids
Evolve
Cash Flow

| | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BEG. Cash | $ - | $ 5,483 | $ (18,267) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| **CASH INFLOWS** | | | | | | | | | | | | |
| Sponsorships | $ 42,550 | | | $ 36,000 | $ 36,000 | $ 151,025 | | | $ 152,100 | | | $ 417,675 |
| Zipline - 60% utilization of 2 lines @ avg price of $30 | | | | | | | $ 21,600 | $ 97,200 | $ 172,800 | $ 216,000 | $ 86,400 | $ 594,000 |
| Concert Tickets - General Admission Fri- 11,000 tiks @ avg price of $75 Sat- 11,000 tiks @ avg price of $75 | | | | | | | | | | | $ 1,925,000 | $ 1,925,000 |
| evolve Passes - $4,000 @ $375 | | | | $ 937,500 | $ 281,250 | $ 281,250 | | | | | | $ 1,500,000 |
| Food & Beverage Sales (net of CoGS - 25%) | | | | | | | | | | $ (92,500) | $ 740,000 $ (92,500) | $ 740,000 $ (185,000) |
| Merchandise (net of CoGS - 50%) | | | | | | | | | | $ (5,000) | $ 10,000 | $ 10,000 $ (5,000) |
| TOTAL CASH INFLOWS | $ 42,550 | $ - | $ - | $ 973,500 | $ 317,250 | $ 432,275 | $ 21,600 | $ 97,200 | $ 324,900 | $ 118,500 | $ 2,668,900 | $ 4,996,675 |
| **CASH OUTFLOWS** | | | | | | | | | | | | |
| Concerts | $ 255,000 | $ 250,000 | $ 412,500 | $ 500,000 | $ 502,500 | $ 50,000 | $ - | $ 2,500 | $ 350,000 | $ 177,500 | $ 135,000 | |
| Venues and Sessions | $ 10,000 | $ 20,000 | $ 100,000 | $ 50,000 | $ - | $ 65,000 | $ - | $ - | $ 15,000 | $ - | $ 398,000 | |
| Marketing | $ 19,207 | $ 2,750 | $ 33,750 | $ 33,543 | $ 24,250 | $ 2,750 | $ 2,750 | $ 2,750 | $ 2,750 | $ 2,750 | $ 7,750 | |
| General & Production | $ 2,158 | $ 1,000 | $ 1,000 | $ 8,500 | $ 231,700 | $ 6,000 | $ 1,000 | $ 6,000 | $ 1,000 | $ 33,000 | $ 209,500 | |
| Interest on RLOC | $ - | $ - | $ - | $ 2,379 | $ 879 | $ 2,628 | $ 1,435 | $ 3,088 | $ 2,884 | $ 3,584 | $ 4,488 | |
| Zipline | $ 702 | $ - | $ 35,500 | $ - | $ - | $ 4,310 | $ 434,000 | $ 31,500 | $ 130,000 | $ 130,000 | $ 111,488 | |
| TOTAL CASH OUTFLOWS | $ 287,067 | $ 273,750 | $ 582,750 | $ 594,422 | $ 759,329 | $ 130,689 | $ 439,185 | $ 45,838 | $ 501,634 | $ 346,834 | $ 866,226 | $ 4,827,722 |
| NET CASH FLOW | $ (244,517) | $ (273,750) | $ (582,750) | $ 379,078 | $ (442,079) | $ 301,586 | $ (417,585) | $ 51,362 | $ (176,734) | $ (228,334) | $ 1,802,674 | $ 168,953 |
| END CASH | $ (244,517) | $ (268,267) | $ (601,017) | $ 379,078 | $ (442,079) | $ 301,586 | $ (417,585) | $ 51,362 | $ (176,734) | $ (228,334) | $ 1,802,674 | $ 1,802,674 |
| Loans from City of CR | $ 250,000 | $ 250,000 | | | | | | | | | | |
| BTC LOC USED ($1,500,000 Available) | | | $ 601,017 | $ 221,939 | $ 664,017 | $ 362,431 | $ 780,016 | $ 728,653 | $ 905,388 | $ 1,133,721 | $ - | $ (1,133,721) |
| City of Cedar Rapids (Payments made after BTC is fully paid) | | | | | | | | | | | | $ (500,000) |
| NET CASH FLOWS AFTER DEBT REPAYMENT | | | | | | | | | | | | $ 168,953 |