# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. AARON McCREIGHT, Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 1:22-cr-2-CJW-MAR<br>Presiding Judge: C.J. Williams<br>Deputy Clerk: Paul Coberly<br>Official Court Record: Patrice Murray  Contract? No<br>Contact Information: PAMurrayReporting@gmail.com |

| Date: | 2/16/2023 | Start: | 8:58 AM | Adjourn: | 11:53 AM | Courtroom: | 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | 10:34-10:49 AM | | | Time in Chambers: | | -- | | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSAs Kyndra Lundquist and Matthew J. Cole | | | | | | | |
| | Defendant(s): | William C. White, II (Defendant appears personally) | | | | | | | |
| | U.S. Probation: | Zach Ward | | | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: | -- |

| **TYPE OF PROCEEDING:** | **SENTENCING** | Contested? | Yes | Continued from a previous date? | No | |
|---|---|---|---|---|---|---|
| | Objections to PSIR: | By Plaintiff:<br>¶47 Enhancement for role in the offense<br><br>By Defendant:<br>¶7, 8, 22, 26 & 34 Offense conduct<br>¶48 Adjustment for role in the offense<br>¶81 Ability to pay fine | | | Ruling: | ¶47 Overruled<br>¶48 Sustained<br><br>Others not reached |
| | Motions to vary/depart: | Motion for Downward Departure and/or Variance by Defendant (doc. 27) | | | Ruling: | Granted – variance |
| | Count(s) dismissed: | -- | | | | |
| | Sentence (See J & C): | Count 1: 18 months imprisonment | | | | |
| | Fine: -- | Restitution: | $1,442,231.25 (joint and several to the amount ordered in US v. Hargrave) | | Special assessment: | $100.00 (paid) |
| | Supervised Release: | 3 years | | | | |
| | Court's recommendations (if any): | Designation to a BOP facility in close proximity to Defendant's family which is commensurate with his security and custody classification needs. | | | | |
| | Defendant is | Detained | X | Released | and shall report | at the institution designated by the BOP, as notified by the United States Marshal. |
| | **Witness/Exhibit List is** | attached | | | | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09, ¶7.

| **Miscellaneous:** | Ms. Lundquist moves for the additional one level for acceptance of responsibility. Motion granted.<br><br>Total offense level: 20. Criminal history category: I. Guideline range: 33-41 months.<br><br>Ms. Lundquist to re-file Government Exhibit 10 in its entirety.<br><br>Mr. White calls Aaron McCreight. Direct (9:08-9:31 AM). Cross (9:31-9:46 AM). Re-direct (9:46-9:47 AM). Re-cross (9:47-9:48 AM). Mr. McCreight excused.<br><br>Mr. White calls April McCreight. Direct (9:48-10:01 AM). Cross (10:01-10:02 AM). No further direct. Ms. McCreight excused.<br><br>Court hears argument regarding disputed guideline issues. |
|---|---|

|  | New total offense level: 18. Criminal history category: I. New Guideline range: 27-33 months. |
|  | **SEALED PORTION (10:50-10:51 AM)** |
|  | Court hears argument regarding the motion for downward variance and disposition. |
|  | Defendant provides an allocution. |
|  | Court advises the Defendant of his limited right to appeal. |

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

**WITNESS & EXHIBIT LIST**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s), vs. AARON McCREIGHT, Defendant(s). | Case No. 1:22-cr-2-CJW-MAR |
| | Presiding Judge C.J. Williams |
| | Deputy Clerk Paul Coberly |
| | Court Reporter Patrice Murray |
| | Plaintiff's Attorney AUSAs Kyndra Lundquist and Matthew J. Cole |
| Hearing Date 2/16/2023 | Defendant's Attorney William C. White, II |

| # | **PLAINTIFF** Witnesses | Date/Time Sworn | Date/Time Excused |
|---|---|---|---|
| | -- | | |

| # | **DEFENSE** Witnesses | Date/Time Sworn | Date/Time Excused |
|---|---|---|---|
| 1 | Aaron McCreight | 2/16/2023 9:08 AM | 2/16/2023 9:48 AM |
| 2 | April McCreight | 2/16/2023 9:48 AM | 2/16/2023 10:02 AM |

*Exhibit Receipted to Task Force Officer
**A=Admitted; APT=Admitted at Pre-Trial; RSO=Received Subject to Objection; OS=Objection Sustained

| Marked | **COURT** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| | -- | | |

| Marked | **PLAINTIFF** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| 1 | Summary timeline of loss (filed at doc. 28) | 2/16/2023 | A |
| 2 | 12/15/2017 Promissory note (filed at doc. 28) | 2/16/2023 | A |
| 3 | 7/19/2018 Promissory note (filed at doc. 28) | 2/16/2023 | A |
| 4 | 8/1/2018 Promissory note (filed at doc. 28) | 2/16/2023 | A |
| 5 | August 2018 emails from Hargrave to GoCR Board Chair (filed at doc. 28) | 2/16/2023 | A |
| 6 | Statement of Jim Haddad (filed at doc. 28) | 2/16/2023 | A |
| 7 | Articles of Incorporation and Bylaws of GoCR (filed at doc. 28) | 2/16/2023 | A |
| 8 | NewBo Evolve promotional flyer (filed at doc. 28) | 2/16/2023 | A |
| 9 | Loan application (filed at doc. 28) | 2/16/2023 | A |
| 10 | 2017 Email regarding ticket prices | 2/16/2023 | A |

| Marked | **DEFENSE** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| A | **SEALED** Email from John Myers (filed at doc. 27) | 2/16/2023 | A |
| B | **SEALED** Medical record regarding Aaron McCreight (filed at doc. 27) | 2/16/2023 | A |
| C | **SEALED** Psychological evaluation of C. McCreight (filed at doc. 27) | 2/16/2023 | A |
| D | **SEALED** Letter from Psychological & Therapy (filed at doc. 27) | 2/16/2023 | A |
| E | **SEALED** Letters of support (filed at doc. 27) | 2/16/2023 | A |
| F | **SEALED** Letter from Dothan Behavioral Medicine Clinic (filed at doc. 27) | 2/16/2023 | A |
| G | **SEALED** Letter from Speech Therapy & Associates (filed at doc. 27) | 2/16/2023 | A |
| H | **SEALED** Press release from US Attorney's Office (filed at doc. 27) | 2/16/2023 | A |
| I | **SEALED** News article (filed at doc. 27) | 2/16/2023 | A |
| J | **SEALED** Letter of support (filed at doc. 27) | 2/16/2023 | A |
| K | **SEALED** USSC Federal Sentencing Statistics (filed at doc. 27) | 2/16/2023 | A |
| L | Email from Hargrave to United Capital | 2/16/2023 | A |